IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEVERLY K. GODINEZ, ) | |
| ) | |
| Plaintiff, ) | 4:06cv3042 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

The court notes that although the defendant was served with summons on June 8, 2006, no answer or administrative transcript has been filed. The plaintiff has not moved for the entry of a default. The court also notes that the plaintiff provided notice of a change of address on May 22, 2006, but that mailings sent to that address have been returned as undeliverable.[1]

Because the case appears to be at a standstill, and because the plaintiff appears to have provided the court with an incorrect mailing address,

IT IS ORDERED:

1. That unless the plaintiff shall show cause within ten (10) days why this action should not be dismissed for nonprosecution, it shall be ordered dismissed without prejudice.

2. That the clerk of the court shall mail a copy of this order to the plaintiff at her last-known address and also to the original address shown on her complaint.

DATED this 27th day of September, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge

---

[1] The plaintiff was previously instructed to keep the court informed of her current address at all times while this case is pending. See memorandum and order entered on March 13, 2006 (filing 4, ¶ 8). This is also required by our local rules. See NEGenR 1.3(e).