IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEVERLY K. GODINEZ, | ) |
| Plaintiff, | ) 4:06cv3042 |
| vs. | ) MEMORANDUM AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| Defendant. | ) |

In response to the show cause order that was entered on September 29, 2006, the plaintiff has provided the court with a corrected mailing address. Consequently, the case will not be dismissed.

It appears that the defendant was served with process by certified mail on June 8, 2006, but has not filed a response. I will direct the clerk of the court to notify the defendant of the default by forwarding a copy of this memorandum and order to the Interim United States Attorney for the District of Nebraska. If a response is not filed within 45 days, a default judgment may be entered to award the plaintiff full relief.

IT IS ORDERED:

1. That the clerk of the court shall change the plaintiff's street address from 29419 to 29414 Dogwood Road.

2. That the clerk of the court shall mail a copy of this memorandum and order to the Interim United States Attorney for the District of Nebraska.

3. That if the defendant does not respond to the plaintiff's complaint within 45 days, a default judgment may be entered finding that the plaintiff is disabled and entitled to an award of benefits under the Social Security Act.

October 16, 2006.                                          BY THE COURT:


                                                           s/ *Richard G. Kopf*
                                                           United States District Judge